# United States District Court
# For The Western District of North Carolina
# Statesville Division

ERIC BERNARD SMITH,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV115-1-V

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 26, 2009, Order.

Signed: February 26, 2009

Frank G. Johns, Clerk
United States District Court